

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Carrie Kathleen Burleson, Appellant

No. 06-19-00258-CR      v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 47800-A).  Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with this opinion.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED APRIL 17, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk